ZURICH GENERAL ACCIDENT AND LIABILITY INSURANCE COMPANY, LTD., Respondent, v. UNION FERRY COMPANY OF NEW YORK AND BROOKLYN, a Corporation, Appellant.

Appeal from an order, entered in the New York county clerk's office January 29, 1918, granting the plaintiff's motion for leave to examine certain books of the defendant and appointing a referee.

PER CURIAM: The sole purpose of the examination sought is to ascertain the exact amount due to the plaintiff, that the complaint may be framed accordingly, which this court has held is not a proper subject for examination. (See *Brick* v. *Shaff*, 128 App. Div. 264.) The order appealed from is reversed, with ten dollars costs and disbursements, and the motion denied, with ten

---

* See Consol. Laws, chap. 30 (Laws of 1909, chap. 35), § 477; Id. § 88, subd. 3.— [REP.

dollars costs. Present — Dowling, Smith, Page, Shearn and Merrell, JJ. Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs.